**SO ORDERED.**

**Dated: August 11, 2010**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

_____

STEVE BROWN & ASSOCIATES, LLC
1414 EAST INDIAN SCHOOL ROAD, SUITE 200
PHOENIX, ARIZONA 85014
(602) 264-9224

Steven J. Brown (#010792) sbrown@sjbrownlaw.com
Steven D. Nemecek (#015219) snemecek@sjbrownlaw.com
*Attorneys for Greenbelt Claims Recovery, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GREENBELT PROPERTY MANAGEMENT, L.L.C., et al.,<br><br>Debtors. | In Proceedings Under Chapter 11<br><br>Case No. 2:07-bk-00790-RTB<br>(Jointly Administered)<br><br>**ORDER GRANTING MOTION FOR AUTHORITY TO PROCEED WITH SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363 AND THE PLAN**<br><br>**Property Address:**<br>**2740 Paloma Senda, Bullhead City, AZ** |

The Court has considered the Motion For Authority To Proceed With Sale Of Real Property Free And Clear Of All Liens, Claims, And Encumbrances Pursuant To 11 U.S.C. § 363 And The Plan with respect to real property located at 2740 Paloma Senda, Bullhead City, Arizona, filed by Greenbelt Claims Recovery, LLC ("Greenbelt") on June 16, 2010 (the "Motion"). No objections were filed. The Court conducted a hearing on the Motion on July 22, 2010, and heard statements

by Greenbelt's counsel. Good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that Greenbelt is authorized to proceed with a sale of real property located at 2740 Paloma Senda, Bullhead City, Arizona (the "Property") free and clear of all liens, claims, and encumbrances.

**IT IS FURTHER ORDERED** that all net proceeds from any sale shall be sequestered in a segregated, interested bearing account, pending the outcome of the Adversary Proceeding against any holders of any Liens against the Property, to the extent that there is any unresolved Lien against the Property, in accordance with the Trustee's First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the United States Bankruptcy Code (the "Plan") and the January 27, 2009 order confirming the Plan.

[DATED AND SIGNED ABOVE]