**SO ORDERED.**

**Dated: August 11, 2010**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

STEVE BROWN & ASSOCIATES, LLC
1414 EAST INDIAN SCHOOL ROAD, SUITE 200
PHOENIX, ARIZONA 85014
(602) 264-9224

Steven J. Brown (#010792) sbrown@sjbrownlaw.com
Steven D. Nemecek (#015219) snemecek@sjbrownlaw.com
John P. Carter (#025402) jcarter@sjbrownlaw.com
*Attorneys for Greenbelt Claims Recovery, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GREENBELT PROPERTY MANAGEMENT, L.L.C., et al.,<br><br>Debtors.<br>_____ | In Proceedings Under Chapter 11<br><br>Case No. 2:07-bk-00790-RTB<br>(Jointly Administered)<br><br>**ORDER GRANTING IN PART MOTION FOR AUTHORITY TO PROCEED WITH SALES OF CERTAIN SINGLE FAMILY RESIDENCES FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363 AND THE PLAN AND SETTING CONTINUED HEARING** |

The Court has considered the Motion For Authority To Proceed With Sales Of Certain Single Family Residences Free And Clear Of All Liens, Claims, And Encumbrances Pursuant To 11 U.S.C. § 363 And The Plan, filed by Greenbelt Claims Recovery, LLC ("Greenbelt") on June 16, 2010 (the "Motion").

In the Motion, Greenbelt seeks authority to sell seven Single Family Residences. EMC Mortgage Corporation ("EMC") filed the only response.

The Court conducted a hearing on July 22, 2010, and heard statements by counsel for Greenbelt and EMC. Good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion with respect to the following Single Family Residences:

| Address | City | Possible Senior Lienholders |
|---|---|---|
| 322 W. Essex Rd | Kearney | Pramod Tailor |
| 1330 E. 10th St | Casa Grande | Ocwen |
| 1456 S. Encanto Dr | Pinetop | Greentree |
| 722 W. Yavapai Ln | Lakeside | Indymac |
| 626 E. Judi Dr | Casa Grande | One West |

**IT IS FURTHER ORDERED** that Greenbelt is authorized to proceed with sales of the above-referenced Single Family Residences free and clear of all liens, claims, and encumbrances.

**IT IS FURTHER ORDERED** that all net proceeds from any sale shall be sequestered in a segregated, interested bearing account, pending the outcome of the Adversary Proceeding against any holder of any Lien against the Single Family Residences, to the extent that there is any unresolved Lien against that particular Single Family Residence, in accordance with the Trustee's First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the United States Bankruptcy Code (the "Plan") and the January 27, 2009 order confirming the Plan.

**IT IS FURTHER ORDERED** setting a continued hearing for August 24, 2010, at 11:00 a.m., with respect to the two Single Family Residences that are the subject of the Motion and

EMC's response:

| Address | City | Possible Senior Lienholders |
|---|---|---|
| 419 N. Oxbow Dr | Wickenburg | EMC |
| 420 E. Mills | Show Low | EMC |

[DATED AND SIGNED ABOVE]